UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MOSZ, | No. 2:19-cv-1010 DB P |
| Plaintiff, | |
| v. | ORDER AND |
| DAVID ALLRED, et al., | FINDINGS & RECOMMENDATIONS |
| Defendants. | |

Plaintiff is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S 388 (1971). Plaintiff's complaint was recently screened and found to state a cognizable Eighth Amendment medical indifference claim against Dr. Allred. No other claims were cognizable as pled. Plaintiff was then directed to file a notice as to whether he wished to proceed with the complaint as screened, to file an amended complaint, or to dismiss this action. Plaintiff has now filed a notice of his intent to proceed on the complaint as screened.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Clerk of Court shall assign a district judge to this case;
2. Service has been deemed appropriate for the following defendant:

   **DR. ALLRED** – Medical Director at Federal Correctional Institution in Herlong, California

1

3. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet, and a copy of the complaint filed June 3, 2019.

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

    a. The completed, signed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for the defendant listed above; and

    d. Four copies of the endorsed complaint filed June 3, 2019.

5. Plaintiff shall not attempt to effect service of the amended complaint on defendants or request a waiver of service of summons from any defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

**IT IS HEREBY RECOMMENDED** that, other than the Eighth Amendment medical indifference claim against Dr. Allred, all other claims and defendants be dismissed without leave to amend.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these Findings and Recommendations, the parties may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. <u>Wilkerson v. Wheeler</u>, 772 F.3d 834, 839 (9th Cir. 2014) (citing <u>Baxter v. Sullivan</u>, 923 F.2d 1391, 1394 (9th Cir. 1991)).

Dated: May 4, 2020

/DLB7;
DB/Inbox/Routine/mosz1010.o2+f&r

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE