1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JONATHAN MOSZ,                          No.  2:19-cv-1010 WBS DB P

12                    Plaintiff,

13          v.                                ORDER

14    DAVID ALLRED, et al.,

15                    Defendants.

16

17
          Plaintiff has requested an extension of time to file objections to the May 4, 2020 findings
18
      and recommendations and/or to submit documents necessary for service of process. Good cause
19
      appearing, IT IS HEREBY ORDERED that:
20
          1.  Plaintiff's motion for an extension of time (ECF No. 17) is granted; and
21
          2.  Plaintiff shall submit his objections and/or service documents within thirty days from
22
      the date of this Order.
23
      Dated:  July 22, 2020
24

25

26                                            _____
                                              DEBORAH BARNES
27    /DLB7;                                  UNITED STATES MAGISTRATE JUDGE
      DB/Inbox/Routine/mosz1010.36obj
28