UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MOSZ, | No. 2:19-cv-1010 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| DAVID ALLRED, | |
| Defendant. | |

Plaintiff is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 4, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 4, 2020, are adopted in full; and

2. This action shall proceed only on an Eighth Amendment medical indifference claim

1

against Dr. David Allred.  All other claims and defendants are dismissed without leave to amend. Case to remain open.

Dated:  August 17, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/mosz1010.800