# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MOSZ, | No. 2:19-cv-1010 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| DAVID ALLRED, | |
| Defendant. | |

Plaintiff is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S 388 (1971). On May 4, 2020, plaintiff was directed to submit service documents necessary for effectuating service on defendant Dr. David Allred. (ECF No. 16.) Despite having been granted an extension of time to file these documents, plaintiff has not yet submitted them. He has, however, filed two requests to serve Dr. Allred, but without the necessary service documents, the Court cannot direct the United States Marshal to serve. Plaintiff will be given one final opportunity to submit the service documents.

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to effectuate service (ECF No. 21) is DENIED;
2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet, and a copy of the complaint filed June 3, 2019.

1

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

    a. The completed, signed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for the defendant listed above; and

    d. Four copies of the endorsed complaint filed June 3, 2019.

4. Plaintiff shall not attempt to effect service of the complaint on defendant or request a waiver of service of summons from the defendant. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs;

Dated: August 25, 2020

/DLB7;
DB/Inbox/Routine/mosz1010.o(2) srvc

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MOSZ, | No. . 2:19-cv-1010 WBS DB P |
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION |
| DAVID ALLRED, | |
| Defendant. | |

Plaintiff submits the following documents in compliance with the court's order filed

_____:

\_\_\_\_       completed summons form

\_\_\_\_       completed USM-285 forms

\_\_\_\_       copies of the _____
                            Complaint

DATED:

_____
Plaintiff