UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MOSZ,<br><br>       Plaintiff,<br><br>   v.<br><br>David Allred, et al.,<br><br>       Defendants. | No. 2:19-cv-1010 WBS DB<br><br><br>ORDER |

Plaintiff proceeds pro se with a civil rights complaint pursuant to 28 U.S.C. § 1331. By special appearance on November 16, 2021, the United States filed a status report indicating plaintiff was released from custody on March 16, 2021. (ECF No. 30.) Because plaintiff's current address of record is still the Las Vegas Community Correctional Center, it appears plaintiff has failed to comply with Local Rule 183(b) by filing a notice of change of address following his release from custody. Good cause appearing, IT IS HEREBY ORDERED that within 30 days from the date of this order, plaintiff shall file and serve a notice of change of address if his current address has changed from the Las Vegas Community Correctional Center.

Dated: November 29, 2021

mosz1010.coa

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1