UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MOSZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID ALLRED, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-1010 WBS DB P<br><br><br>FINDINGS & RECOMMENDATIONS |

A recent court order was served on plaintiff's address of record and returned by the postal service. It appears plaintiff has failed to comply with Local Rule 183(b), which requires a party appearing in propria persona to inform the court of any address change. The court may dismiss an action without prejudice for a plaintiff's failure to notify the court and opposing parties of an address change within sixty-three days after mail directed to the plaintiff is returned to the court. See Local Rule 183(b).

On November 30, 2021, the court ordered plaintiff to file and serve a notice of change of address if his address had changed. The service of that order by mail to plaintiff was returned as undeliverable by the postal service on December 7, 2021. Plaintiff has failed to respond to the court's order and has failed notify the court of a current address.

////

////

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for failure to prosecute. See Local Rule 183(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 14, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
mosz1010.33a