UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MOSZ, | No. 2:19-cv-01010 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| DAVID ALLRED, | |
| Defendant. | |

Plaintiff, a former prisoner proceeding pro se, filed this civil rights action seeking relief under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 14, 2022, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

Although it appears plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED:

    1. The findings and recommendations filed February 14, 2022, are adopted in full;

    2. This action is dismissed without prejudice for failure to prosecute, see Local Rule 183(b); and

    3. The Clerk of the Court is directed to close this case.

Dated: March 11, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

mosz1010.802